1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DANIEL ZEPEDA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. Cr. F 08-299 AWI
                                 )
12             Plaintiff,        ) **STIPULATED REQUEST AND ORDER TO**
                                 ) **REDUCE SENTENCE PURSUANT TO 18**
13     v.                        ) **U.S.C. § 3582(c)(2)**
                                 )
14 DANIEL ZEPEDA,                ) **RETROACTIVE CRACK COCAINE**
                                 ) **REDUCTION CASE**
15             Defendant.        )
                                 ) Judge: Hon. ANTHONY W. ISHII
16 _____ )

17      Defendant, DANIEL ZEPEDA, by and through his attorney, Assistant

18 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

19 AMERICA, by and through its counsel, Assistant U.S. Attorney ELANA

20 LANDAU, hereby stipulate as follows:

21      1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22 term of imprisonment in the case of a defendant who has been sentenced

23 to a term of imprisonment based on a sentencing range that has

24 subsequently been lowered by the Sentencing Commission pursuant to 28

25 U.S.C. § 994(o);

26      2.   The sentencing range applicable to Mr. Zepeda was

27 subsequently lowered by the United States Sentencing Commission in

28 Amendment 750;

3. Accordingly, Mr. Zepeda's adjusted offense level has been reduced from 31 to 30, and a sentence at the low end of the new guideline range with a departure comparable to the 33% reduction he received at the original sentencing would be 65 months;

4. Mr. Zepeda merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Zepeda's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Zepeda's term of imprisonment to an aggregate term of 65 months on all counts.

Dated: December 1, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Elana Landau* | /s/ *David M. Porter* |
| ELANA LANDAU | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DANIEL ZEPEDA |

**ORDER**

This matter came before the Court on the pro se motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed August 12, 2011.

On December 7, 2009, this Court sentenced Mr. Zepeda to a term of imprisonment of 84 months. The parties agree, and the Court finds, that Mr. Zepeda is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 30.

IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

1  imposed is reduced to an aggregate term of 65 months on all counts;
2       IT IS FURTHER ORDERED that all other terms and provisions of the
3  original judgment remain in effect.
4       Unless otherwise ordered, Mr. Zepeda shall report to the United
5  States Probation office closest to the release destination within
6  seventy-two hours after his release.
7  IT IS SO ORDERED.

Dated:      December 2, 2011                    _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-