1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Seeking Appointment as Attorney for Defendant
6  DANIEL ZEPEDA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 08-299 AWI |
| Plaintiff, | **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| DANIEL ZEPEDA, | |
| Defendant. | Judge: Hon. ANTHONY W. ISHII |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, DANIEL ZEPEDA, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his stipulated motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed December 1, 2011. Mr. Porter is familiar with the case and is willing to accept the appointment.*

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the

---

* Mr. Zepeda has authorized the undersigned to file this application on his behalf, and his financial affidavit is attached hereto.

motion.  Because Mr. Zepeda's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

    Accordingly, Mr. Zepeda requests the Court issue the order lodged herewith.

Dated:   December 1, 2011

                       Respectfully submitted,

                       DANIEL J. BRODERICK
                       Federal Defender

                       /s/ *David M. Porter*
                       DAVID M. PORTER
                       Assistant Federal Defender

                       Seeking Appointment as Attorney for Movant
                       DANIEL ZEPEDA

**O R D E R**

    Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

Dated:       December 2, 2011                                  
                                      CHIEF UNITED STATES DISTRICT JUDGE